UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI,<br><br>              Plaintiff,<br><br>      v.<br><br>WELLS FARGO BANK, N.A.; WACHOVIA BANK, N.A. n/k/a WELLS FARGO BANK, N.A.; and WACHOVIA SECURITIES, LLC n/k/a WELLS FARGO ADVISORS, LLC,<br><br>              Defendants.<br><br>WACHOVIA BANK, N.A. n/k/a WELLS FARGO BANK, N.A.; and WACHOVIA SECURITIES, LLC n/k/a WELLS FARGO ADVISORS, LLC,<br><br>              Third-Party Plaintiffs,<br><br>      v.<br><br>DEPFA BANK PLC,<br><br>              Third-Party Defendant. | Case No. 4:10-CV-01230 (JAR) |

**THIRD-PARTY DEFENDANT DEPFA BANK PLC'S
MOTION TO DISMISS THE THIRD-PARTY COMPLAINT**

Third-party defendant DEPFA BANK plc, by its counsel Harness Dickey & Pierce, PLC and Kasowitz, Benson, Torres & Friedman LLP, hereby moves this Court before the Honorable John A. Ross, pursuant to Rules 12(b)(6) and 12(b)(2) of the Federal Rules of Civil Procedure, to dismiss the third-party complaint filed on January 23, 2012 (Dkt. No. 76) by third-party plaintiffs

Wachovia Bank, N.A. (n/k/a Wells Fargo Bank, N.A.) and Wachovia Securities, LLC (n/k/a Wells Fargo Advisors, LLC).

In support of this Motion, third-party defendant relies upon the accompanying memorandum of law, the Declaration of Rudolph A. Telscher, Jr., and the exhibits attached thereto.

Dated: March 26, 2012	HARNESS DICKEY & PIERCE, PLC

By: /s/ Rudolph A. Telscher, Jr.
    Rudolph A. Telscher, Jr. 41072MO
    7700 Bonhomme, Suite 400
    St. Louis, MO 63105
    Telephone:  (314) 726-7500
    Facsimile:  (314) 726-7501

and

KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP

Mark P. Ressler (*pro hac* pending)
Michael A. Hanin (*pro hac* pending)
Henry B. Brownstein (*pro hac* pending)
1633 Broadway
New York, New York  10019
Telephone:  (212) 506-1700
Facsimile:   (212) 506-1800

*Attorneys for Third-Party Defendant DEPFA BANK plc*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of March, 2012, a copy of the foregoing document was filed electronically. Notice of this filing will be sent via operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Rudolph A. Telscher, Jr.