UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI,<br><br>    Plaintiff,<br><br>    v.<br><br>WELLS FARGO BANK, N.A.; WACHOVIA BANK, N.A. n/k/a WELLS FARGO BANK, N.A.; and WACHOVIA SECURITIES, LLC n/k/a WELLS FARGO ADVISORS, LLC,<br><br>    Defendants. | Case No. 4:10-CV-01230 (JAR) |
| WACHOVIA BANK, N.A. n/k/a WELLS FARGO BANK, N.A.; and WACHOVIA SECURITIES, LLC n/k/a WELLS FARGO ADVISORS, LLC,<br><br>    Third-Party Plaintiffs,<br><br>    v.<br><br>DEPFA BANK PLC,<br><br>    Third-Party Defendant. | |

**DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE**

   Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for third-party defendant DEPFA BANK plc ("DEPFA") hereby gives notice of the following corporate interests are disclosed:

1

1. The parent companies of the corporation:

   Hypo Real Estate Holding AG owns 100% of DEPFA.
   Federal Republic of Germany owns 100% of Hypo Real Estate Holding AG

2. Subsidiaries not wholly owned by the corporation:  None

3. Any publicly held company that owns ten percent (10%) or more of the corporation:  None

Dated:  March 26, 2012                                          HARNESS DICKEY & PIERCE, PLC


By:   /s/ Rudolph A. Telscher
        Rudolph A. Telscher, 41072MO
        Kara R. Fussner, 54656MO
        7700 Bonhomme, Suite 400
        St. Louis, MO 63105
        Telephone:  (314) 726-7500
        Facsimile:  (314) 726-7501

        and

        KASOWITZ, BENSON, TORRES
        & FRIEDMAN LLP
        Mark P. Ressler (*pro hac* pending)
        Michael A. Hanin (*pro hac* pending)
        Henry B. Brownstein (*pro hac* pending)
        1633 Broadway
        New York, New York  10019
        Telephone:  (212) 506-1700
        Facsimile:   (212) 506-1800

        *Attorneys for Third-Party Defendant*
        *DEPFA BANK, plc*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 26th day of March, 2012, a copy of the foregoing document was filed electronically.  Notice of this filing will be sent via operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

/s/ Rudolph A. Telscher