RECEIVED

MAR 2 7 2012

BY MAIL

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.; WACHOVIA BANK, N.A. n/k/a WELLS FARGO BANK, N.A.; and WACHOVIA SECURITIES, LLC n/k/a WELLS FARGO ADVISORS, LLC,<br><br>Defendants. | Case No. 4:10-CV-01230 (JAR) |
| WACHOVIA BANK, N.A. n/k/a WELLS FARGO BANK, N.A.; and WACHOVIA SECURITIES, LLC n/k/a WELLS FARGO ADVISORS, LLC,<br><br>Third-Party Plaintiffs,<br><br>v.<br><br>DEPFA BANK PLC,<br><br>Third-Party Defendant. | |

**VERIFIED MOTION FOR ADMISION PRO HAC VICE**

Pursuant to Rule 12 of the local rules of the United States District Court for the Eastern District of Missouri, I, Michael A. Hanin, move to be admitted pro hac vice to the bar of this court for the purpose of representing third-party defendant DEPFA BANK plc in this matter. In support of this motion, I submit the following information as required by Rule 12.01(E):

Rec 4644027487

a) Michael A. Hanin

b) 1633 Broadway
New York, New York 10019
Tel. (212) 506-1700
Fax (212) 506-1800

c) Kasowitz, Benson, Torres & Friedman LLP

d) Georgetown University Law Center (J.D. 2001)

e) New York (2002), No. 4053609
United States District Court, Southern District of New York (2002)
United States District Court, District of Colorado (2009)
United States Court of Appeals, Second Circuit (2002)
United States Court of Appeals, Tenth Circuit (2010)

f) I am a member in good standing of all bars of which I am a member; I am not under suspension or disbarment from any bar; I have attached to this motion a certificate of good standing in the bar of the jurisdiction in which I reside or am regularly employed as an attorney.

g) I do not reside in the Eastern District of Missouri, am not regularly employed in this district and am not regularly engaged in the practice of law in this district.

I attest under penalty of perjury the truth and accuracy of the foregoing facts, and respectfully request that this motion be granted and that I be admitted pro hac vice to the bar of the court to appear in the instant matter.

Michael A. Hanin

# Exhibit A

# Appellate Division of the Supreme Court of the State of New York First Judicial Department

I, Susanna Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

## MICHAEL A. HANIN

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on **April 22, 2002**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

March 21, 2012

Clerk of the Court