UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, | ) ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) ) | No. 4:10-CV-1230-JAR |
| WELLS FARGO BANK, N.A., et al., | ) ) |
| Defendants. | ) |

## ORDER

The Court is in receipt of the parties' Joint Motion To Amend Case Management Order seeking to continue certain pretrial deadlines, the trial date, and to set a scheduling conference with the Court. [ECF No. 111].

Accordingly,

**IT IS HEREBY ORDERED** that this matter is set for a scheduling conference with the Court on **July 20, 2012** at **10:00 a.m.** in the chambers of the undersigned. The Court will take up the parties' Joint Motion to Amend Case Management Order at that time.

_____
JOHN A ROSS
UNITED STATES DISTRICT JUDGE

Dated this 11th day of July, 2012