UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, | ) ) ) |
| Plaintiff, | ) ) ) Cause No. 4:10-CV-01230-JAR ) |
| v. | ) ) |
| WELLS FARGO BANK, N.A.; WACHOVIA BANK, N.A., n/k/a WELLS FARGO BANK, N.A.; | ) ) ) ) |
| and | ) ) |
| WACHOVIA SECURITIES, LLC, | ) ) |
| Defendants. | ) ) ) |
| WACHOVIA BANK, N.A. n/k/a WELLS FARGO BANK, N.A.; and WACHOVIA SECURITIES, LLC n/k/a WELLS FARGO ADVISORS, LLC, | ) ) ) ) ) |
| Third-Party Plaintiffs, | ) ) |
| v. | ) ) |
| DEPFA BANK PLC, | ) ) |
| Third-Party Defendant. | ) |

## **MEMORANDUM FOR CLERK**

Plaintiff Higher Education Loan Authority of Missouri is authorized to advise the court that a settlement has been reached in the above matter, subject to drafting and execution of appropriate settlement agreements and releases.

KOHN, SHANDS, ELBERT,
GIANOULAKIS & GILJUM, LLP

/s/ John Gianoulakis
John Gianoulakis # 18194MO
Kevin Anthony Sullivan # 55140MO
1 N. Brentwood Blvd., Suite 800
St. Louis, MO 63105
(314) 241-3963
(314) 241-2509 (fax)
jgianoulakis@ksegg.com
ksullivan@ksegg.com

Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 19th day of July, 2012, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system as follows:

| | |
|---|---|
| Jeffrey J. Kalinowski | Michael A. Hanin |
| Adam S. Hochschild | Mark P. Ressler |
| Bryan Cave LLP | Henry B. Brownstein |
| One Metropolitan Square | Kasowitz, Benson, Torres & Friedman LLP |
| 211 North Broadway, Suite 3600 | 1633 Broadway |
| St. Louis, MO 63102-2750 | New York, NY 10019 |
| | |
| | Rudolph A. Telscher, Jr. |
| | Harness Dickey & Pierce, PLC |
| | 7700 Bonhomme, Suite 400 |
| | St. Louis, MO 63105 |

/s/John Gianoulakis