UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Higher Education Loan Authority of the State of Missouri, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) Case No. 4:10CV-1230 JAR ) |
| Wells Fargo Bank N.A. et al, | ) ) |
| Defendants. | ) |

## ORDER

The Court having been advised by counsel that this action has been settled,

**IT IS HEREBY ORDERED** the January 24, 2013 and January 28, 2013 settings are vacated and all pending motions are denied without prejudice.

**IT IS FINALLY ORDERED** that counsel shall file, within sixty (60) days of the date of this order, a stipulation for dismissal, a motion for leave to voluntarily dismiss, or a proposed consent judgment.  Failure to timely comply with this order shall result in the dismissal of this action with prejudice.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE

Dated this 20th day of July, 2012.