UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| HIGHER EDUCATION LOAN AUTHORITY OF THE STATE OF MISSOURI, <br><br> Plaintiff, <br><br> v. <br><br> WELLS FARGO BANK, N.A.; WACHOVIA BANK, N.A., n/k/a WELLS FARGO BANK, N.A.; <br><br> and <br><br> WACHOVIA SECURITIES, LLC, <br><br> Defendants. | ) ) ) ) ) ) Cause No. 4:10-CV-01230-JAR ) ) ) ) ) ) ) ) ) ) ) ) |
| WACHOVIA BANK, N.A. n/k/a WELLS FARGO BANK, N.A.; and WACHOVIA SECURITIES, LLC n/k/a WELLS FARGO ADVISORS, LLC, <br><br> Third-Party Plaintiffs, <br><br> v. <br><br> DEPFA BANK PLC, <br><br> Third-Party Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) |

## **STIPULATION OF DISMISSAL WITH PREJUDICE**

The parties hereby stipulate and agree that:

1. The claims of the Higher Education Loan Authority of the State of Missouri against Defendants Wells Fargo Bank, N.A., Wachovia Bank, N.A. n/k/a Wells Fargo Bank, N.A., and Wachovia Securities, LLC, n/k/a Wells Fargo Advisors, LLC in this action shall be

and hereby are dismissed with prejudice, with each party to bear its own costs and attorneys' fees; and

2. The claims of Wells Fargo Bank, N.A., Wachovia Bank, N.A. n/k/a Wells Fargo Bank, N.A., and Wachovia Securities, LLC n/k/a Wells Fargo Advisors, LLC against the Higher Education Loan Authority of the State of Missouri and DEPFA BANK plc in this action shall be and hereby are dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

| | |
|---|---|
| KOHN, SHANDS, ELBERT, GIANOULAKIS & GILJUM, LLP | BRYAN CAVE LLP |
| /s/ Kevin Anthony Sullivan<br>John Gianoulakis, #18194MO<br>Kevin Anthony Sullivan, #55140MO<br>1 North Brentwood Blvd., Suite 800<br>St. Louis, MO 63105<br>(314) 241-3963<br>(314) 241-2509 (facsimile)<br>jgianoulakis@ksegg.com<br>ksullivan@ksegg.com | /s/ Adam S. Hochschild<br>Jeffrey J. Kalinowski, #29926MO<br>Adam S. Hochschild, #52282MO<br>211 North Broadway, Suite 3600<br>St. Louis, MO 63102<br>(314) 259-2000<br>(314) 259-2020 (facsimile)<br>jeff.kalinowski@bryancave.com<br>adam.hochschild@bryancave.com |
| *Counsel for Plaintiff* | *Counsel for Defendants* |

So Ordered
John A. Ross,
9/18/2012

2

KASOWITZ, BENSON, TORRES &
FRIEDMAN LLP

/s/ Michael A. Hanin
Michael A. Hanin, admitted *pro hac vice*
Mark P. Ressler, admitted *pro hac vice*
Henry B. Brownstein, admitted *pro hac vice*
1633 Broadway
New York, NY 10019
(212) 506-1700
(212) 506-1800 (facsimile)
mhanin@kasowitz.com
mressler@kasowitz.com
hbrownstein@kasowitz.com

Rudolph A. Telscher, Jr.
Harness Dickey & Pierce, PLC
7700 Bonhomme, Suite 400
St. Louis, MO 63105
(314) 726-7500
(314) 726-7501 (facsimile)

*Counsel for Third-Party Defendant*